UNITED STATES DISTRICT COURT
CONNECITCUT

FILED
2011 APR -7 P 3: 34
U.S. DISTRICT COURT
BRIDGEPORT, CONN

TANISHA S. BUNDY

    Plaintiff,

V.                                                                                    CIVIL ACTION NO

CAPITAL MANAGEMENT SERVICES, L.P.

Defendant.                                                                  APRIL 4, 2011

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; and regulations issued thereunder; and the Connecticut Unfair Trade Practices ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in New Haven, CT.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA and has a principal place of business located at 726 Exchange Street, Suite 700, Buffalo, NY 14210.

6. Defendant communicated with plaintiff by letter dated May 3, 2010 in connection with collection efforts with regard to plaintiff's disputed personal debt. ***See Exhibit No. "1."***

7. In the collection efforts, the Defendant violated the FDCPA, § 1692e by misrepresenting the plaintiff's right to dispute a debt.

8. The Fair Debt Collection Practices Act §1692g (3) requires and refers to the (30) day period beginning, one day after the consumer debtors receipt of the collection letter. *See* 1692g (3) "a statement that unless the consumer, within thirty days **after receipt of the notice**, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector.

9. Defendant in its collection letter dated (Exhibit "1") advised the Plaintiff pursuant to §1692g (4) that ""*If you notify this office in writing **within 30 days from receiving this notice** that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such verification or judgment.*"

10. Defendant shortened the validation period by one day and violated 1692g (4), which requires "a statement that if the consumer notifies the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a

judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector."

11. In the collection efforts, the Defendant violated the FDCPA; inter alia, section 1692e, and g.

## SECOND COUNT

12. The allegations of the First Count are repeated and realleged as if fully set forth herein.

13. Within three years prior to the date of this action, Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. 42-110a et seq, including but not limited to making false, deceptive and misleading statements in violation of §1692e and shortening the dispute period in violation of §1692g.

WHEREFORE Plaintiff respectfully requests this Court to:

1. Award Plaintiff statutory damages pursuant to the FDCPA.
2. Award Plaintiff statutory damages pursuant to CUTPA
3. Award Plaintiff costs of suit and a reasonable attorney's fee.
4. Award such other and further relief as this Court may see fit.

THE PLAINTIFF

BY /S/ Bernard T. Kennedy
Bernard T. Kennedy, Esquire
157 Pine Orchard Road
Branford, CT 06405
(443) 607- 8901
(443) 607-8903 Fax
Fed. Bar # ct00680
bernardtkennedy@yahoo.com



726 Exchange Street, Suite 700
Buffalo, New York 14210

**CAPITAL MANAGEMENT SERVICES, LP**
726 Exchange Street - Suite 700, Buffalo, NY 14210
Office Hours: M-Th 8 a.m. - 11 p.m. ET
Fri 8 a.m. - 10 p.m., Sat 8 a.m. - 4 p.m. ET
Sun 9 a.m. - 1 p.m. ET
Toll Free: 1-800-694-4157, Fax: (716) 852-1620

Reference# 060526140

Previous Creditor: PREMIER BANKCARD, INC.
Current Creditor: Arrow Financial Services LLC
Account #:
Balance: $821.05

T38 P1*******AUTO**5-DIGIT 06511

Tanisha S Bundy
191 WHALLEY AVE
NEW HAVEN, CT 06511-3220

PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT

May 03, 2010

Dear Tanisha S Bundy:

This company has been engaged by Arrow Financial Services LLC to resolve your delinquent debt of $821.05. Please submit your payment and make your check or money order payable to Capital Management Services, LP, to the above address.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such verification or judgment. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different than the current creditor.

Capital Management Services, LP is authorized to accept less than the full balance due as settlement of the above account. The settlement amount of $123.16, which represents 15% of the amount presently owed, is due in our office no later than forty-five (45) days after receiving this notice. We are not obligated to renew this offer.

For your convenience, this settlement may be made online at: www.cms-trans.com. For other payment options, please contact Capital Management Services, LP, at 726 Exchange Street, Suite 700, Buffalo, NY 14210 or call 1-800-694-4157 Mon. through Thurs. 8 am to 11 pm ET, Fri. 8 am to 10 pm ET, Sat. 8 am to 4 pm ET, or Sun. 9 am to 1 pm ET.

This is an attempt to collect a debt; any information obtained will be used for that purpose. This communication is from a debt collector.


PLAINTIFF'S EXHIBIT